UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.: 8:22-cv-01165-FWS-ADS | Date: June 7, 2023 |
| Title: Marck Hale v. Lowes Companies Inc *et al.* | |

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|:---:|:---:|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|:---:|:---:|
| Not Present | Not Present |

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO FILE JOINT STATUS REPORT**

On August 26, 2022, the court stayed this case pending the resolution of parallel arbitration proceedings and ordered the parties to file a joint status report every 90 days regarding the status of the arbitration. (Dkt. 13.)  Two such reports have been filed, (Dkts. 14, 15); however, ninety days has passed since the most recent joint report was filed on March 1, 2023.

Accordingly, the court **ORDERS** the parties to show cause, in writing, why monetary sanctions should not issue for failing to comply with the court's order **on or before June 14, 2023**. *See* Fed. R. Civ. P. 16(f) (permitting issuance of sanctions based on a party's failure to abide by a scheduling or other pretrial order).  The court may discharge this order if the parties file the previously-ordered status report **on or before June 14, 2023.**

**IT IS SO ORDERED.**

Initials of Deputy Clerk:  mku
