NOTE: CHANGES MADE BY COURT

# J S - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCK HALE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S COMPANIES, INC., a North Carolina corporation; LOWE'S HOME CENTERS, LLC, a North Carolina limited liability company; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:22-cv-01165-FWS-ADS<br><br>Hon. Fred W. Slaughter<br><br>**ORDER RE STIPULATION FOR DISMISSAL [26]** |

　　Having reviewed and considered the Stipulation for Dismissal [26] ("Stipulation"), the files and record of the case, the applicable law, and good cause appearing, the court **ORDERS** the following:

///

///

///

1. Pursuant to the Stipulation, under FRCP 41(a)(1)(A)(ii), the above-captioned case is **DISMISSED WITH PREJUDICE** in its entirety as to all claims and causes of action.
2. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated: April 17, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE